**FILED**

**FEB - 7 2012**

Clerk, U.S. District and Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE PETITION OF LUKE NICHTER | Misc. Action No. 12-74 (RCL) |

## ORDER

This matter comes before the Court following correspondence between the Court and Professor Luke Nichter of Texas A&M University. Professor Nichter first wrote a letter to chambers on May 1, 2009 expressing his desire to seek unsealing of various records related to *United States v. Liddy*, Criminal No. 72-1827, a case in which the government successfully prosecuted Gordon Liddy for his role in the Watergate break-in. This letter was never received. Professor Nichter then wrote a letter to the Historical Society of the D.C. Circuit requesting advice on how to seek unsealing and in which he attached the May 1, 2009 letter addressed to chambers. The Historical Society forwarded this to chambers, prompting a written response dated August 24, 2010. Professor Nichter responded in turn on September 6, 2010, and again on August 7, 2011. Following the August 7 letter, Professor Nichter visited chambers on October 5, 2011, to discuss the appropriate procedures for his request. Professor Nichter followed up with an e-mail to chambers staff on November 22, 2011 detailing his request with more specificity. The Court and Professor Nichter then determined that the correspondence exchanged between the Court, chambers staff, and Professor Nichter should be filed on the public record and construed as a petition to unseal the specified documents. This Order effectuates that decision.[1]

It is therefore hereby

---

[1] The aforementioned correspondence exchanged between the Court, chambers staff, and Professor Nichter will be ordered filed on the public record. Certain personal information, namely cell phone numbers and home addresses, will be redacted.

1

**ORDERED** that the aforementioned correspondence be construed as a petition to unseal the specified documents. The Court hereby waives any filing fee. The Clerk of the Court shall file this correspondence on the public record, assign it a miscellaneous case number, and serve a copy on the Department of Justice; and it is further

**ORDERED** that the government shall have 30 days from the date of the issuance of this Order to file an opposition, if any.

**SO ORDERED** this 3rd day of February 2012.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court